IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:15-cv-00076 Judge Trauger |
| JERRY W. RAINES, DONNA G. PURCELL, CHRISTIE L. RAINES, AND WANDA S. SMITH, | ) ) ) | Magistrate Judge Knowles |
| Defendants. | ) ) | |

**O R D E R**

On August 27, 2015, the magistrate judge issued a Report and Recommendation (DE #22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the plaintiff's Motion to Pay Funds Into the Court and for Order of Dismissal With Prejudice (DE #19) is GRANTED. The plaintiff may pay into the court the remaining benefits and, upon so doing, it is hereby ORDERED that any claims against the plaintiff are dismissed with prejudice. This case is returned to the magistrate for further handling under the original referral order.

It is so **ORDERED**.

ENTER this 21st day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge